In the Matter of the Application of JOSEPH P. MORAN for a Mandamus Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and FIORELLO H. LAGUARDIA and Others.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 715.] Motion for a reargument denied. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

JOSEPH P. MORAN v. THE CITY OF NEW YORK and FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and FIORELLO H. LAGUARDIA and Others.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 715.] Motion for a reargument denied. Settle order on notice. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. CONRAD HELLINGER.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 7.] Present — McAvoy, O'Malley, Glennon and Untermyer, JJ.

EARL H. SPERO v. ALBERT J. KOBLER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

SCHENLEY PRODUCTS COMPANY and Another v. THE GENEVA CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

JAMES N. CLEARY and Another and GUSTAV OPPENHEIMER v. CHARLES W. HIGLEY and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. FRANK F. CASS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EMPIRE TRUST COMPANY, as Committee of the Property of MILDRED KETCHAM EAGLE FELL, an Incompetent Person, v. HERBERT NELSON FELL.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See *ante*, p. 713.] Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

EMPIRE TRUST COMPANY, as Committee of the Property of MILDRED KETCHAM EAGLE FELL, an Incompetent Person, v. HERBERT NELSON FELL.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See *ante*, p. 713.] Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the LLOYDS INSURANCE COMPANY OF AMERICA, v. ISLE THEATRICAL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

UNITED HOISTING COMPANY, INC., v. GEORGE S. DASO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK for the Closing and Discontinuance of City Hall Place between Duane and Pearl Streets, etc., in the Borough of Manhattan, City of New York, in Pursuance of the Provisions